# United States Court of Appeals
## For the First Circuit

No. 07-2108

JOHN W. LIVICK,

Plaintiff, Appellant,

v.

THE GILLETTE COMPANY; THE GILLETTE COMPANY RETIREMENT PLAN,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on April 17, 2008, is corrected as follows:

On page 2, last line: replace "Brunidge" with "Brundige"

On page 5, lines 13-14: replace "Gillette's . . . ERISA" with "Gillette was in breach of its fiduciary duty to Livick under ERISA because of these "misrepresentations.""

On page 5, lines 16-17: replace "both his years at Gillette and at Parker Pen" with "his years at both Gillette and Parker Pen."

On page 11, note 5, line 3: add "29" before "C.F.R."

On page 13, note 7, line 8: add an additional parenthesis after "1994" to read "(5th Cir. 1994))"